The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>POLISHED 3 LLC; STEVEN R. FARLEY and JEANNETTE L. FARLEY,<br><br>　　　　　Defendants.<br>―――――――――――――――<br>POLISHED 3, LLC, a Washington limited liability company,<br><br>　　　　　Third-Party Plaintiff,<br><br>FOWLER GENERAL CONSTRUCTION, INC., a Washington corporation,<br><br>　　　　　Third-Party Defendant. | Case No. 2:21-cv-00691-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND REPORTS FROM EXPERT WITNESS UNDER FRCP 26(a)(2) AND DISCOVERY CUTOFF (ECF 13)** |

ORDER GRANTING STIPULATED MOTION… (Case No. 2:21-cv-00691-BJR)- 1

Pursuant to the parties' Stipulated Motion to Extend Reports from Expert Witness Under FRCP 26(a)(2) and Discovery Cutoff,

IT IS HEREBY ORDERED that the current deadline of January 10, 2022, for reports from expert witnesses under FRCP 26(a)(2) and discovery to be completed by February 9, 2022 be extended and reset after the Court makes its ruling on the pending Motion to Dismiss (ECF 19).

The parties are advised that the Court anticipates issuing a ruling on the pending Motion to Dismiss shortly.

DATED this 14th day of January, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED
MOTION… (Case No. 2:21-cv-00691-BJR)- 2