1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RLI INSURANCE COMPANY,

                                         Plaintiff,

        v.

POLISHED 3 LLC, et al.,

                                         Defendants.

No.  2:21-cv-691-BJR

ORDER AMENDING CASE
SCHEDULE

        By prior order (Dkt. No. 27), the Court extended the discovery deadline and the deadline

for reports from expert witnesses under FRCP 26(a)(2), with the deadlines to be reset after the

Court ruled on third-party defendant Fowler General Construction's motion to dismiss.  Having

ruled on the motion to dismiss, the Court amends the case schedule and resets the deadlines

below as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | January 10, 2022 | February 21, 2022 |
| Discovery completed by | February 9, 2022 | March 14, 2022 |
| All dispositive motions must be filed by | March 11, 2022 | March 28, 2022 |

ORDER - 1

1   All other dates in the case schedule (Dkt. No. 13) remain unchanged.

2   Dated:  February 4, 2022.

3

4   *Barbara J Rothstein*

5   _____
    Barbara Jacobs Rothstein
6   U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2