The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>POLISHED 3 LLC; STEVEN R. FARLEY and JEANNETTE L. FARLEY,<br><br>        Defendants.<br><br>POLISHED 3, LLC, a Washington limited liability company,<br><br>        Third-Party Plaintiff,<br><br>FOWLER GENERAL CONSTRUCTION, INC., a Washington corporation,<br><br>        Third-Party Defendant. | Case No. 2:21-cv-00691-BJR<br><br>**JUDGMENT AGAINST THIRD-PARTY PLAINTIFF POLISHED 3, LLC** |

JUDGMENT AGAINST THIRD-PARTY PLAINTIFF POLISHED 3, LLC
(Case No. 2:21-cv-00691-BJR) - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Fowler General Construction, Inc. |
| 2. | Judgment Debtor: | Polished 3, LLC |
| 3. | Principal Amount of Judgment: | $25,741.62 |
| | Attorney's Fees and Costs: | Included |
| 4. | <u>Total Judgment</u>: | $25,741.62 |
| 5. | Attorney for Judgment Creditor: | Dunn & Black, P.S. |
| 6. | Attorney for Judgment Debtor: | Barrett & Gilman |

Principal Judgment shall bear interest at the applicable rate set forth in 28 U.S.C. 1961.

## JUDGMENT

On January 27, 2022, pursuant to Third-Party Defendant Fowler's ("Fowler") Motion to Dismiss, the Court entered an Order granting the motion to dismiss and finding that Fowler is the prevailing party and is entitled to its attorney's fees and costs (ECF #28). This matter came before the Court on Fowler's Motion in Support of Attorney's Fees and Costs. The Court considered the record, including the pleadings filed in this action, the Declarations of Fowler's counsel, and the contemporaneous records documenting the hours worked on this matter and the costs incurred by Fowler. Based on the foregoing and the Court's May 9, 2022 Order (ECF #40), the Court finds the amount of $25,741.62 to be a reasonable attorney's fee for services rendered in this case, plus post-judgment interest at the rate permitted by law, against Third-Party Plaintiff Polished 3, LLC.

JUDGMENT AGAINST THIRD-PARTY PLAINTIFF POLISHED 3, LLC
(Case No. 2:21-cv-00691-BJR) - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Judgment is hereby entered as follows:

1.   Third-Party Defendant Fowler is awarded judgment against Third-Party Plaintiff Polished 3, LLC in the principal amount of $25,741.62 as damages.

2.   The total judgment in the sum of $25,741.62 shall bear interest from the date hereof at the applicable rate set forth in 28 U.S.C. 1961.

DATED this 12th day of May, 2022.

*Barbara J. Rothstein*
_____
Hon. Judge Barbara J. Rothstein

JUDGMENT AGAINST THIRD-PARTY PLAINTIFF POLISHED 3, LLC
(Case No. 2:21-cv-00691-BJR) - 3

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734